# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| SUSAN WHITTAKER, ) | |
| ) | Case No. 3:10-cv-610-H |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF DISMISSAL** |
| U.S. RECOVERY SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

Now comes the Plaintiff, SUSAN WHITTAKER, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

    Respectfully submitted,

    /s/ Kyle R. Salyer
    Kyle R. Salyer (91435)
    Attorney for Plaintiff
    P.O. Box 2213
    Paintsville, KY 41240
    (888) 493-0770, ext. 307 (phone)
    (866) 551-7791 (facsimile)
    Kyle@LuxenburgLevin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Kyle R. Salyer
Kyle R. Salyer (91435)
Attorney for Plaintiff
P.O. Box 2213
Paintsville, KY 41240
(888) 493-0770, ext. 307 (phone)
(866) 551-7791 (facsimile)
Kyle@LuxenburgLevin.com