**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**SUSAN WHITTAKER**                                                    **PLAINTIFF**

**VS**                                        **CIVIL ACTION NO. 3:10CV-610-H**

**U.S. RECOVERY SERVICES, LLC**                                **DEFENDANT(S)**

**ORDER**

Counsel for the plaintiff having notified the Court of a settlement in this matter on November 9, 2010; **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire

Date: November 9, 2010

Copies:
All counsel